In the Matter of PIERCE-ARROW MOTOR CORPORATION et al., Petitioners, against CARROLL E. MEALEY et al., Constituting the State Tax Commission, Respondents. — Motion for leave to appeal to the Court of Appeals denied, with $10 costs. All concur. [See *ante*, p. 286.]

FRANCES LEONARD, an Infant, by HARRY LEONARD, Her Guardian ad Litem, Respondent-Appellant, v. HOME OWNERS' LOAN CORPORATION et al., Appellants, and WILSON SULLIVAN COMPANY, INC., et al., Respondents. HARRY LEONARD, Respondent-Appellant, v. HOME OWNERS' LOAN CORPORATION et al., Appellants, and WILSON SULLIVAN COMPANY, INC., et al., Respondents.— Decision of this court, handed down January 10, 1946 (*ante*, p. 785), amended to read as follows: Judgment of dismissal as to defendants, Wilson Sullivan Company, Inc., City and County Savings Bank of Albany, Albany Savings Bank and Tony Loudis, affirmed, without costs. Judgment in favor of plaintiff in Action No. 1 as against the defendant-appellant, the New York Telephone Company, reversed, on the law and facts and complaint dismissed, without costs. Judgment in favor of the plaintiff in Action No. 1 as against the Home Owners' Loan Corporation reversed on the law and facts and a new trial ordered, with costs to abide the event. The order made in Action No. 2 denying the plaintiff's motion to set aside the verdicts rendered in favor of the defendants City and County Savings Bank of Albany, Albany Savings Bank and Tony Loudis, is affirmed, and so much of said order as set aside the verdict of no cause of action in favor of defendant Home Owners' Loan Corporation, is affirmed, and so much of said order as set aside the verdict of no cause of action in favor of the New York Telephone Company, is reversed, and said verdict as to said defendant reinstated, without costs. All concur. [See *ante*, p. 363.]

EUNICE V. TAYLOR, Appellant, v. HERBERT E. WAIT et al., Respondents.— Motion for reargument, denied. Motion for leave to appeal to the Court of Appeals denied, without costs. All concur. [See *ante*, p. 785.]

KATHRYN B. HAYS, Respondent, v. EDWARD P. SMITH et al., Defendants, and NELLIE M. ANDERSON, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied, without costs. All concur. [See 269 App. Div. 1008.]

THE PEOPLE OF THE STATE OF NEW YORK ex rel. GLENS FALLS INSURANCE COMPANY, Appellant, against GEORGE J. RUGG et al., Constituting the Board of Assessors of the City of Glens Falls, Respondents.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Hill, P. J., Heffernan, Foster and Lawrence, JJ., concur; Breswter, J., taking no part. [See *ante*, p. 354.]

### (March 12, 1946.)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILFRED R. HESS, Appellant, against BLAKELY R. WEBSTER, as Superintendent of Dannemora State Hospital, Respondent.— Appeal from an order dismissing a writ of habeas corpus. Relator has been transferred from a State penal institution to a hospital for the criminal insane for treatment. His sentence to the State prison has not as yet expired. Order affirmed. All concur.